# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 712 |
| | : | |
| DESIGNATION OF VICE-CHAIR OF | : | SUPREME COURT RULES |
| | : | |
| ORPHANS' COURT PROCEDURAL | : | |
| | : | |
| RULES COMMITTEE | : | |

## ORDER

**PER CURIAM**

AND NOW, this 30th day of September, 2016, Wayne M. Pecht, Esquire, is designated as the Vice-Chair of the Orphans' Court Procedural Rules Committee commencing January 1, 2017.